MAX RUBIN, Respondent, v. MAX LENGER and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

JOHN SCHULTZ, Respondent, v. THE CENTRAL RAILROAD OF NEW JERSEY, Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

GIROLAMO STAGNATE and Another, Respondents, v. GAETANO J. FRANZONE and Another, as Administrators, etc., and Others, Defendants, Impleaded with MARIA PERNICE, Individually, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

M. INEZ WOODS, Appellant, v. MATHEW MICOLINO, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

ABRAHAM R. ZALDIN, Appellant, v. HOME FIRE AND MARINE INSURANCE COMPANY, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

ALLIED MUTUALS LIABILITY INSURANCE COMPANY, Appellant, v. THOMAS DRYSDALE, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

BULKLEY & HORTON COMPANY, Respondent, v. GEORGE G. SLOAN, Appellant, Impleaded with Another, Defendant.— Judgment reversed on the facts, with costs, and complaint dismissed, with costs, upon the ground that the purchaser produced by the plaintiff had not agreed to purchase upon the terms on which the defendant had agreed to sell the premises. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

THOMAS E. CANADY, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

BENJAMIN CHAUS, Respondent, v. SAMUEL REBOLD, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

FRANK O. DUNNING and Others, Appellants, v. BERNARD T. MORAN and Others, Defendants, Impleaded with MARIE GERALDINE MORAN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

MARGARET FERGUSON, Appellant, v. MARY R. STRINGER, Individually and as Executrix, etc., of EDWARD F. STRINGER, Deceased, Respondent.— We are constrained to agree with the conclusion reached by the learned Special Term that plaintiff's proof fails to sustain her pleadings, and that equitable relief cannot be granted in this action. Assuming plaintiff's testimony to be true, it appears that no part of the purchase price of the premises in question was advanced by her to the defendant, but rather that plaintiff advanced money to defendant toward the payment of a mortgage thereon. The judgment is, therefore, unanimously affirmed, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.